**IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 4:06cr28TSL-JCS-002 |
| | ) | |
| DEVON JIM | ) | |

## ORDER REGARDING MODIFICATION OF SUPERVISED BOND CONDITIONS

The defendant is before the Court, September 8, 2006, on a Petition to Revoke Conditions of Bond filed by the U. S. Probation Office September 6, 2006. The Petition alleges the defendant violated his supervision conditions by leaving the Bogue Chitto Community and having contact with the victim's family, to wit, Mike Anderson and Max Anderson on September 3, 2006. The defendant admitted to leaving the Bogue Chitto Community in violation of his Conditions Setting Bond.

The Court finds the defendant has violated his Conditions Setting Bond as admitted by the defendant. The Order of the Court is that the defendant's Bond Conditions are modified to include a special condition, which will require Jim to participate in the home confinement program with electronic monitoring. The offender will only be allowed to attend employment and religious activities, or activities approved by the U.S. Probation Officer in advance.

SO DATED, this the 25th day of September, 2006 (Nunc pro tunc)

LINDA R. ANDERSON
U.S. MAGISTRATE JUDGE