IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:06cr28LS

DEVON JIM

## ORDER DISMISSING INDICTMENT AS TO DEVON JIM ONLY

THE GOVERNMENT, having moved the Court pursuant to Rule 48(a), Fed. R. Crim. Pro., in consequence of the defendant's plea and sentencing to a criminal information in Criminal Cause No. 4:06cr40LA, in which cause the defendant entered a plea of guilty and was sentenced to the lesser-included offense of Manslaughter (Involuntary) on March 2, 2007, now moves the Court to dismiss the Defendant, Devon Jim, as a defendant in Criminal Cause No. 4:0628LS, to the charge of Murder (2nd Degree). The motion is well taken, and is hereby sustained. It is, therefore,

ORDERED

that the criminal indictment in Cause No. 4:06cr28LS is hereby dismissed without prejudice as to defendant Devon Jim only.

SO ORDERED, this the 2nd Day of March, 2007.

/s/ Tom S. Lee
TOM S. LEE
Senior United States District Judge

-1-